UNITED STATES DISTRICT COURT

**COUNTY OF**   SOUTHERN DST. NEW YORK

Attorney:   ABEL L. PIERRE ATTORNEY-AT-LAW, P.C.

Index No.   15CV7268

TERRANCE WOODS

Plaintiff(s)

- against-

KAVULICH & ASSOCIATES, PC, ET AL.

Defendant(s)

**AFFIDAVIT OF SERVICE OF:**

SUMMONS, COMPLAINT & JURY TRIAL DEMANDED

STATE OF NEW YORK: COUNTY OF WESTCHESTER   SS:

DARRIN POLICAR   BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on   10/06/15 at 1023   Hours at 181 WESTCHESTER AVE. STE. 500C PORT CHESTER, NY 10573
deponent served the within   SUMMONS, COMPLAINT & JURY TRIAL DEMANDED   on
GARY KAVULICH   therein named,

**INDIVIDUAL**
A ☐    by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein.   ☐ (S) He identified (her) himself as such.

**CORPORATION**
B ☐    a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be   thereof

**SUITABLE AGE PERSON**
C ☒    by delivering thereat a true copy of each to   JOHN DOE (REFUSED TO GIVE NAME)
a person of suitable age and discretion. Said premises is defendant's (actual place of business ) (dwelling house) (usual place of abode) within the state.   ☒ (S) He identified (her) himself as   AUTHORIZED AGENT   of defendant

**AFFIXING TO DOOR, ETC.**
D ☐    by affixing a true copy of each to the door of said premises, which is defendant's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D**
☒    Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above defendant
at   181 WESTCHESTER AVE. STE. 500C PORT CHESTER, NY 10573   and deposited
said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.   Mailed on 10/06/15 BY FIRST CLASS MAIL
Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | LT. BROWN | 32 | 5'8 | 160 |

**MILITARY SERVICE**
☒    Person spoken to was asked whether the defendant was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant in this action.

* MAILED TO THE ABOVE ADDRESS IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL

**USE IN NYC CIVIL CT.**
☐    The language required by NYCRR 2906.2(e). (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the
10/06/15

_____
GERI L. FRAGETTE
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, 2017

_____
DARRIN POLICAR
LICENSE No.

STATE PROCESS SERVING COMPANY   Yorktown Heights, New York 10598 • 914-243-5817

# 176620

UNITED STATES DISTRICT COURT

**COUNTY OF** SOUTHERN DST. NEW YORK

Attorney:
ABEL L. PIERRE ATTORNEY-AT-LAW, P.C.

TERRANCE WOODS

**Plaintiff(s)**

- against -

KAVULICH & ASSOCIATES, PC, ET AL.

**Defendant(s)**

Index No.  15CV7268

**AFFIDAVIT OF SERVICE OF:**

SUMMONS, COMPLAINT & JURY TRIAL DEMANDED

STATE OF NEW YORK: COUNTY OF WESTCHESTER  ss:

DARRIN POLICAR        BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on    10/06/15 at 1023   Hours at 181 WESTCHESTER AVE. STE. 500C PORT CHESTER, NY 10573
deponent served the within   SUMMONS, COMPLAINT & JURY TRIAL DEMANDED                                   on
KAVULICH & ASSOCIATES, PC                                      therein named,

| | |
|---|---|
| **INDIVIDUAL** <br> **A** ☐ | by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein.  ☐ (S) He identified (her) himself as such. |
| **CORPORATION** <br> **B** ☒ | a (domestic) (foreign) corporation by delivering thereat a true copy of each to JOHN DOE (REFUSED TO GIVE NAME) personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be   AUTHORIZED AGENT   thereof |
| **SUITABLE AGE PERSON** <br> **C** ☐ | by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's (actual place of business ) (dwelling house) (usual place of abode) within the state.  ☐ (S) He identified (her) himself as                                    of defendant |
| **AFFIXING TO DOOR, ETC.** <br> **D** ☐ | by affixing a true copy of each to the door of said premises, which is defendant's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there on the dates below: |
| **MAILING USE WITH C or D** <br> ☐ | Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above defendant at                                                                            and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State. |

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | LT. BROWN | 32 | 5'8 | 160 |

**MILITARY SERVICE** ☐  Person spoken to was asked whether the defendant was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant in this action.

**USE IN NYC CIVIL CT.** ☐  The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the
10/06/15

GERI L. FRAGETTE
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, 20 17

DARRIN POLICAR
LICENSE No.

# 176619

*STATE PROCESS SERVING COMPANY* • 914-243-5817 • Yorktown Heights, New York 10598